COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Mabel Nebo Gibson v. Ekto Holdings, Trustee of 17330 Baronshire Trust UDT 6/25/13

Appellate case number:   01-14-00380-CV

Trial court case number: 1045664

Trial court:             County Civil Court at Law No. 3 of Harris County

This appeal was stayed pursuant to the notices of bankruptcy, filed in this Court on November 13, 2014, stating that appellant, Mabel Nebo Gibson, had filed, on November 3, 2014, a petition for relief under Chapter 13 of Title 11, United States Code, in Case 14-36047, in the United States Bankruptcy Court for the Southern District of Texas. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Appellee, Ekto Holdings, Trustee of 17330 Baronshire Trust UDT 6/25/13, has filed an unopposed motion to reinstate the appeal. Appellee's motion reflects that the bankruptcy case has been dismissed and includes a copy of the bankruptcy court's Order of Dismissal, entered on November 20, 2014. The motion further reflects that appellant filed a second petition for relief under Chapter 13 of Title 11, United States Code, in Case 14-36758, in the United States Bankruptcy Court for the Southern District of Texas, and includes a copy of the bankruptcy court's Order Dismissing Case, entered on March 24, 2015. Accordingly, we grant appellee's motion and reinstate the case on the Court's docket. *See* TEX. R. APP. P. 8.3(a).

Appellee's Response to Appellant's Motion for Rehearing and to Reinstate Case on Docket, received on July 23, 2015, is filed in this appeal. *See* TEX. R. APP. P. 8.2.

It is so ORDERED.


Judge's signature:   /s/ Terry Jennings
                     ☑ Acting individually     ☐ Acting for the Court

Date: August 11, 2015